# EXHIBIT A2



**DEPARTMENT OF HEALTH & HUMAN SERVICES**　　　　　　　　　　Public Health Service

---

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

DEC 18 2008

Mr. John Dichiara
Senior Vice President
Regulatory, Clinical and Quality
ReGen Biologics
411 Hackensack, NJ 07601

Re: k063827 & k082079
    ReGen Collagen Scaffold (CS)

Dear Mr. Dichiara:

This letter is in response to the letters submitted by you in reference to the above premarket notification submissions for the CS (see enclosures).

During the review of your previous 510(k), k063827, the Division of General, Restorative and Neurological Devices (DGRND) determined that the CS device was not substantially equivalent (NSE) based on lack of performance data. Donna-Bea Tillman, Ph.D., M.P.A., Director, Office of Device Evaluation, concurred and issued an NSE letter based on lack of performance data on August 20, 2007. After receipt of that NSE decision, you began interacting with me regarding the CS device. Based on our correspondence and discussions, you submitted a new 510(k), k082079 for the CS device on July 22, 2008. You did not appeal the decision on k063827. However, because k082079 was submitted in response to our letter of August 20, 2007, I have, on my own initiative, also reconsidered our letter of August 20, 2007

DGRND reviewed k082079 and determined that the device as described in this 510(k) was also NSE due to lack of performance data. This NSE recommendation was discussed with DGRND management and Dr. Tillman, and, later, with me. Based on concerns regarding the performance data in this 510(k), I decided that this 510(k) should be reviewed by the Orthopedic and Rehabilitation Devices Panel (the Panel) at a Panel meeting to obtain their recommendation to the Center for Devices and Radiological Health (CDRH).

The Panel met on November 14, 2008, and recommended to CDRH that the CS device be cleared for both chronic use, as requested in k082079, and acute use based on your Panel presentation. The Panel also made recommendations regarding labeling and training on the use of the device.

Following a review of the Panel meeting transcript by Dr. Tillman and me, and based on the Panel recommendations, Dr. Tillman and I agreed that the CS device be found substantially equivalent for both chronic and acute use for the medial meniscus, as described in your indications for use, with revised labeling and training for the licensed

practitioners. This letter revisits the issues discussed in the letter of August 20, 2007 and reaches the conclusions reflected in the attached determination of substantial equivalence.

Sincerely yours,

Daniel G. Schultz, M.D.
Director
Center for Devices and
    Radiological Health

Enclosures

Attachments omitted