# EXHIBIT A3

Memorandum to the Record
K082079
Regen Collagen Scaffold

Date: December 20, 2008

From: Daniel Schultz, MD
Director, CDRH, FDA

This memo addresses my finding that the device is substantially equivalent to the predicate device, and records thoughts and analyses that I discussed with CDRH staff during my review of this application.

After careful consideration of the sponsor's application, the administrative record, the scientific opinions rendered by CDRH staff, the recommendations of the Orthopedic Advisory Panel at a meeting that I attended on November 14, 2008, and the memorandum from Dr. Donna-Bea Tillman dated December 15, 2008, I have reached the following conclusions which are consistent with conclusions reached by Dr. Tillman and the recommendations of the Orthopedic Advisory Panel:

- K082079 is Substantially Equivalent to cited legally marketed predicates for the treatment of acute and chronic injuries of the medial meniscus.

- The basis of my decision is the preclinical and clinical data in the submission considered in the context of the target population and the interpretation of the data by a panel of independent experts in the field who clearly and unanimously found the device to be at least as safe and as effective as the other surgical mesh products currently used in orthopedics.

- The panel was provided with, and asked to review, all of the data associated with this device and it was apparent to me from the depth of discussion at the panel meeting and the way in which the issues were addressed that they were extremely conversant with the data and very familiar with the clinical risks and benefits associated with this device, how the risk/benefit profile compared to the use of mesh in other orthopedic applications, and the risk/benefit profile of other treatment modalities currently used to treat injuries of the meniscus.

- The length of the review process associated with this submission is directly attributable to the sponsor's unwillingness to recognize and address the legitimate scientific concerns raised by CDRH. While surgical meshes may be classified from a regulatory standpoint under a single classification regulation, the question of how they affect clinical outcomes for new and different clinical applications is not only relevant, but central to our ability to determine substantial equivalence for this device.

This point was emphasized at the panel meeting by the sponsor's own mesh expert, Dr. Badylak:

"The last point that I want you to think about during the next few slides is that the microenvironment of the implantation site is an absolutely critical determinant in how well this surgical mesh is going to function."

"So the individual sites are all different, and this is important because they define how well the surgical meshes are going to work."

"And, finally, microenvironmental factors including mechanical forces such as those that are seen in the knee are absolutely critical determinants in the remodeling process and the downstream results."

- Since the preclinical data alone were not able to predict the clinical performance of the CS device, it was absolutely imperative that a thorough and objective review of the available clinical data be performed. The sponsor requested and was granted a meeting at which their own clinical experts expressed their support of this device and their belief that it was in the best interest of patients for FDA to make it available for use in the U.S. I also met with the review staff including medical officers from the Office of Device evaluation and heard their concerns regarding lack of statistical significance for the primary endpoints of the IDE study and the very real safety issues associated with the placement of a foreign body like the CS device in the knee.

- The process by which FDA adjudicates scientific differences, particularly where those differences may have a significant impact on public health, is through an open public meeting utilizing an independent panel of experts in the field. The deliberations and recommendations of the panel are documented in the panel transcript and reflect both the complexity of the data as well as a clear conclusion that making this device available for use by surgeons who are capable of selecting appropriate patients in accordance with the labeling and individual patient characteristics and performing advanced arthroscopic procedures in the knee, is in the best interest of public health.

- Throughout the course of this review process, as reflected in the administrative record, there are multiple references by the sponsor to bias and application of inappropriate review standards to this application. The sponsor, and particularly their consultants, repeatedly expressed their disdain for the FDA review process and the individuals involved in the review of this application. The sponsor's efforts to demonize the staff and circumvent the process, the final decision notwithstanding, did nothing but complicate and delay this decision. In conclusion, I want to state for the record my belief that this application was reviewed without bias and in accordance with appropriate scientific and regulatory standards and with a single goal to protect and promote the public health.