# EXHIBIT B



**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Public Health Service

Certified Mail
Return Receipt Requested

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Room –WO66-G609
Silver Spring, MD 20993-0002

ReGen Biologics, Inc.
c/o Gerald E. Bisbee, Jr., Ph.D.
Chairman and Chief Executive Officer
411 Hackensack Avenue
10th Floor
Hackensack, New Jersey 07601

MAR 3 0 2011

Re: Order of Rescission of K082079 - Collagen Scaffold Device

Dear Dr. Bisbee:

In our letters dated October 14, 2010, and January 14, 2011, the agency informed you of its intention to rescind the clearance of your 510(k) premarket notification for the Collagen Scaffold (CS) device (marketed as the Menaflex®), K082079, subject to your right to a hearing, because our December 18, 2008, substantial equivalence determination for this device was in error. As discussed in these letters, we have determined your CS device (Menaflex®) is not substantially equivalent to devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to any device which has been classified into class I (General Controls) or class II (Special Controls).

Our January 14, 2011 letter further informed you of the opportunity for a hearing under 21 CFR Part 16 and provided notice that a final order of rescission would issue unless, within 30 days of receipt of our letter, you requested a hearing regarding the proposed rescission in accordance with 21 CFR Part 16.22(b). In response to your request of January 21, 2011, for additional time to decide whether to request a hearing, by letter dated January 31, 2011, we granted you a 30 day extension to make this request, which expired on March 22, 2011. You informed us in your letter dated March 21, 2011 that you would not be requesting a hearing. Accordingly, we are rescinding our determination of substantial equivalence for the CS (Menaflex®) device. This letter constitutes an order of rescission for K082079.

Therefore, the CS (Menaflex®) device is classified by statute into class III (Premarket Approval), under Section 513(f) of the Federal Food, Drug, and Cosmetic Act (the Act). Section 515(a)(2) of the Act requires a class III device to have an approved application for premarket approval (PMA) before it can be legally marketed, unless the device is reclassified.

Any commercial distribution of this device prior to approval of a PMA, or the effective date of any order by the Food and Drug Administration reclassifying this device into class I or II, would be a violation of the Act. Clinical investigations of this device must be conducted in accordance with the investigational device exemptions (IDE) regulations.

If you are currently marketing this device in the United States, you must immediately cease all distribution of those devices that are still under your control. You also may not export these devices except within the provisions of section 801(e) of the Act. If you have general questions regarding the provision of section 801(e), please contact:

> Food and Drug Administration
> Center for Devices and Radiological Health
> Division of Small Manufacturers, International and Consumer Assistance (DSMICA)
> 10903 New Hampshire Avenue
> WO66-5429
> Silver Spring, MD 20993
> dsmica@fda.hhs.gov
> (800) 638-2041
> (301) 796-7100

Any distribution or marketing of the device may result in enforcement action being initiated by the Food and Drug Administration.

If you have any questions regarding this notice you may contact Michael Ryan, Regulatory Advisor, at (301) 796-6283.

Sincerely yours,

Christy Foreman
Acting Director
Office of Device Evaluation
Center for Devices and
   Radiological Health